# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0632. MARGO JIMENEZ v. CHRISTOPHER MENKE.**

On August 8, 2024, the trial court entered an order adopting a parenting plan, awarding child support, and finding contempt. Both parties also sought attorney fees under OCGA §§ 9-15-14 and 19-9-3. On August 21, 2024, the court awarded defendant Christopher Menke attorney fees. Plaintiff Margo Jimenez now appeals the attorney fee order. We, however, lack jurisdiction.

Appeals from orders in domestic relations cases must be pursued by discretionary application.[1] See OCGA § 5-6-35 (a) (2). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

---

[1] Although OCGA § 5-6-34 (a) (11) permits a direct appeal from child custody rulings, the August 21 order does not include any child custody rulings. "[T]he proper appellate procedure to employ depends on the issue involved in the appeal, even if the order or judgment being challenged on appeal was the type listed in OCGA § 5-6-34 (11) and was entered in a child custody case." *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017). Therefore, because Jimenez only seeks to appeal the court's attorney fees ruling, this appeal does not fall within the scope of OCGA § 5-6-34 (a) (11). See id.

Thus, Jimenez's failure to follow the discretionary review procedure deprives us of jurisdiction over her appeal. See id.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __11/14/2024__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*